IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TANYA MICHELLE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 7:17-cv-00171 |
| v. ) | |
| ) | By: Elizabeth K. Dillon |
| KEEFE COMMISSARY ) | United States District Judge |
| NETWORK, LLC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Smith's claims against the Medical Department are DISMISSED, the motions to dismiss of defendants Keefe Commissary, Warden Dillman, and Drs. Kamal and Gable (Dkt. Nos. 30, 33, and 59) are GRANTED, and Smith shall be given thirty days to file an amended complaint. If no amended complaint is filed within the time allotted, the clerk shall STRIKE this case from the active docket without further order.

The clerk shall provide a copy of this order and the accompanying memorandum opinion to all counsel of record and to Smith.

Entered: March 31, 2018.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge